# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0357
LT Case No. 10-2014-CF-187-A

_____

RIAD AKEL,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
Mark Jeffrey Borello, Judge.

Riad Akel, Daytona Beach, pro se.

No Appearance for Appellee.

December 9, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____